**SLAUGHTER v. SLAUGHTER**

[326 N.C. 479 (1990)]

JOSEPH BLAIR SLAUGHTER v. WILLIAM M. SLAUGHTER AND LEROY S. VEASEY

No. 252PA89

(Filed 5 April 1990)

ON defendant Veasey's petition for discretionary review pursuant to N.C.G.S. § 7A-31 of the decision of the Court of Appeals, 93 N.C. App. 717, 379 S.E.2d 98 (1989), reversing a judgment notwithstanding the verdict by *Stephens, J.,* at the 7 March 1988 Session of WAKE Superior Court and remanding the case for entry of judgment on the verdict in favor of plaintiff. Heard in the Supreme Court 14 March 1990.

*Burns, Day & Presnell, P.A., by Lacy M. Presnell III, Daniel C. Higgins, and Susan F. Vick, for plaintiff appellee.*

*Broughton, Wilkins & Webb, P.A., by Charles P. Wilkins and Kenneth B. Oettinger, for defendant appellant Veasey.*

PER CURIAM.

After hearing arguments and carefully considering the new briefs and record, we conclude that we improvidently allowed defendant's petition for discretionary review. The result is, therefore:

Discretionary review improvidently allowed.